**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7068**

_____

DEMOND GLOVER,

        Petitioner - Appellant,

    v.

WARDEN HOLZAPFEL,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:23-hc-02044-D)

_____

Submitted:  March 28, 2024                        Decided:  April 2, 2024

_____

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Demond Glover, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demond Glover appeals the district court's orders dismissing his 28 U.S.C. § 2241 petition and denying his Fed. R. Civ. P. 59(e) motion.  In light of the Supreme Court's decision in *Jones v. Hendrix*, 599 U.S. 465, 477-80 (2023) (holding that petitioner cannot use § 2241 petition to mount successive collateral attack on validity of federal conviction or sentence), we conclude that Glover cannot pursue his claims in a § 2241 petition. Accordingly, we affirm the district court's orders. *Glover v. Holzapfel*, No. 5:23-hc-02044-D (E.D.N.C. May 15, 2023; Oct. 5, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*